MATTER OF WOJCIECHOWSKI

In Visa Petition Proceedings

A-14976994

*Decided by District Director September 19, 1966*

Since a veterinarian is a member of. the professions within the meaning of section 101(a)(32), Immigration and Nationality Act, as amended by P.L. 89-236, and since beneficiary, who was graduated from the University of Chile with a diploma as a veterinarian physician, is a qualified veterinarian, a visa petition is approved to accord him preference classification under section 203(a)(3) of the Act, as amended.

The petition was filed by the beneficiary, for third preference classification as a member of the professions based upon his qualifications as a veterinarian.

He is a single, native of Lithuania, and citizen of Chile, presently residing in Sewell, Chile. In June 1964, he was graduated from the University of Chile, Santiago, Chile, with a diploma as veterinarian physician. He was employed as a veterinarian from June 1964 to March 1965 by the Cooperative Agricola Lechera, Osorno, Chile; and as veterinarian from March 1965 to date by the Ministry of Agriculture, Santiago, Chile. The beneficiary intends to be engaged in the field of veterinary medicine in the United States.

A certification pursuant to section 212(a)(14) of the Act, as amended, has been issued by the Department of Labor. With the certification the opinion of that Department was furnished that the alien is qualified for third preference classification.

Veterinarians are listed among professional occupations under code 07 in the Dictionary of Occupational Titles, Volume II, third edition, prepared by the Department of Labor. This group includes occupations concerned with the health care of humans or animals in the fields of medicine, surgery, and dentistry.

Section 4741.09 of the State of Ohio Code, Veterinary Practice Act, requires that a person seeking to engage in practice as a veteri-

narian in that State, must provide evidence of having graduated from veterinary college.

Under section 203(a)(3) of the Act, third preference quota status may be accorded to qualified immigrants who are members of the professions.

Recognition of professional status normally is attained through completion of high education. Section 101(a)(32) of the Act, states the term "profession" shall include but not be limited to, architects, engineers, lawyers, physicians, surgeons and teachers in elementary schools, colleges, academies or seminaries.

It is concluded that entry into the field of veterinary medicine also requires the high education that is associated with those occupations termed professions in section 101(a)(32) of the Act, and that a veterinarian is a member of the professions within the meaning of the Act. Further, it is found that the beneficiary is qualified as a member of that profession.

ORDER: It is ordered that the petition be and the same hereby is approved.